UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Courvoisier Simmons

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v. "Sean Wolf," "Jane Doe"

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
January 2, 2025 11:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW  /-2

**1:25-cv-1**

**Hala Y. Jarbou**
**Chief U.S. District Judge**

## COMPLAINT
*(Print Clearly)*

### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

2. Is the action still pending?   Yes ☐   No ☐
   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?   Yes ☐   No ☐
4. Is the appeal still pending?   Yes ☐   No ☐
   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐
   a. If so, explain: _____

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Courvoisier Simmons_

Place of Present Confinement _Kent County Correctional Facility_

Address _703 Ball Avenue NE, Grand Rapids, MI, 49503_

Place of Confinement During Events Described in Complaint _Kent County Correctional Facility_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _"Sean Wolf"_

Position or Title _Deputy Officer/Detective_

Place of Employment _Grand Rapids Police Department_

Address _1 Monroe Center N.W., Grand Rapids, MI, 49503_

Official and/or personal capacity? _Personal_

Name of Defendant #2 _"Jane Dane"_

Position or Title _Deputy Officer/Detective_

Place of Employment _Michigan State Police Department_

Address _7150 Harris Drive, Diamondale, MI, 48821_

Official and/or personal capacity? _Personal_

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -    (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On Or About June 2nd, 2024 Detective(s) "Sean Wolf" And "Jane Doe" Acted Under Color Of Law Violating My, And A Material Witness First And Fourteenth Amendment Rights. "Anthony Stewart" Who Was A Witness Scheduled To Testify On My Behalf Approximately At 1:30 PM Pursuant To Court Issued Subpoena For A Criminal Action Against Me, Was Obstructed From Doing So Due To The Actions Of The Above-Mentioned Detective(s). Both Detective(s) Were Also Witnesses Scheduled To Testify At The Same Preliminary Examination As "Anthony". When "Anthony" Approached The Court Room He Was Stopped By "Sean Wolf" And "Jane Doe" Who Told Him That He Could Not Enter The Court Room Because He Would Mess Up The Case, And Told That He Had To Leave. Both Detective(s) Followed "Anthony" To The Elevator Then Subsequently Entered The Court Room After "Anthony" Got on The Elevator. "Anthony's" Testimony Was Material To The Question Of Probable Cause, And Elements Of The Alleged Crime. If "Anthony" Would Not Have Been Obstructed From Following The Court Ordered Subpoena The Criminal Action Against Me Would Not Have Been Binded Over. Officials Of The Court Are Aware of This situation, And Multiple Members Of My Family Was Present To See The Tampering Of This Material Witness. The Act Was Caught On Courthouse Camera(s), And These Same Officer's Have Further Harassed "Anthony" Causing Him To Be Afraid Of Persueing Justice. Due To Said Acts I've Been In The Kent County Correctional Facility As A Pre-Trial Detainee Since Being Binded over, Lost wages, Suffered Mental/Emotional Distress, And Been Delayed Of Justice. I've Made Complaints On The Acts Of Mentioned Officer(s), And So Has My Relatives.

## IV. Relief

State briefly and precisely what you want the court to do for you.

I Request This Honorable Court To Grant Me Reasonable Compensatory, Consequential, Nominal, And Punitive Damages. Also I Want To Press Criminal Charges On The Defendant(s).

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[☑] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

12-30-24
Date

C.A.
Signature of Plaintiff

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

NAME: Courvoisier Simmons
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493
31 DEC 2024 PM 4 L



Office of The Clerk
U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

This mail originates from the
Kent County Correctional Facility

49503-236399